**UNITED STATES of America, Plaintiff–Appellee,**

v.

**James Zell BISHOP, a.k.a. Peter Bishop, Defendant–Appellant.**

**No. 08–13649**

**Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

Jan. 22, 2009.

Elsie Mae Miller, Carlos Alfredo Williams, Kristen Gartman Rogers, Federal Public Defender, Federal Defenders Organization, Inc., Mobile, AL, for Defendant–Appellant.

Steven E. Butler, Mobile, AL, for Plaintiff–Appellee.

Before BLACK, BARKETT and FAY, Circuit Judges.

PER CURIAM:

Elsie Mae Miller, appointed appellate counsel for James Zell Bishop, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Bishop's conviction and sentence are **AFFIRMED.**